UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE CARLOS ORTIZ HERNANDEZ,
A-213-326-960,

        Petitioner,

    v.

WARDEN, MOSHANNON VALLEY ICE
PROCESSING CENTER,

        Respondent.

No.  2:26-cv-1127 DJC CKD P

ORDER

Petitioner, an immigration detainee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has paid the filing fee.

Petitioner is incarcerated at Moshannon Valley ICE Processing Center in Centre County, Pennsylvania.  Jurisdiction over this § 2241 petition is proper only in the district in which petitioner's immediate custodian is located.  See Monk v. Secretary of the Navy, 793 F.2d 364, 369 (D.C. Cir. 1986) (cited in Ortiz-Sandoval v. Gomez, 81 F.3d 891, 895 (9th Cir. 1996)). Petitioner's custodian is located in the [what] District of California.  Accordingly, pursuant to 28 U.S.C. § 1631 in the interests of justice this action will be transferred to the United States District Court for the Middle District of Pennsylvania.

////

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Middle District of Pennsylvania.  This Order resolves ECF No. 5.

Dated:  March 27, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

2